JONATHAN J. DELSHAD, Bar No. 246176
Law Offices of Jonathan J. Delshad
1663 Sawtelle Blvd. Suite 220
Los Angeles CA 90025
Telephone:    424.255.8376
Jdelshad@delshadlegal.com
Attorneys for Plaintiffs
HUGO SIPAQUE and JOHNNY JOHNSON


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
RONDA D. JAMGOTCHIAN, Cal. Bar No. 200236
rjamgotchian@sheppardmullin.com
DANIEL J. GANZ, Cal. Bar No. 346222
dganz@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701

KRISTI L. THOMAS, Cal. Bar No. 276511
kthomas@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130
Attorneys for Defendant
LOS ANGELES COUNTY METROPOLITAN
TRANSPORTATION AUTHORITY

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO SIPAQUE, an individual individually and on behalf of all others similarly situated; JOHNNY JOHNSON, and individual, individually and behalf of all others similarly situated. <br><br> Plaintiff(s), <br><br> vs. <br><br> LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY <br><br> Defendant. | Case No. 2:25-cv-07001-JLS-AJR <br><br> **ORDER DISMISSING ACTION** |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

This action is dismissed without prejudice.

Each Party will bear its own attorney's fees and costs.

Dated:  May 6, 2026

Josephine L. Staton

_____
Honorable Josephine L. Staton
United States District Judge

Case No. 2:25-cv-07001-JLS-AJR
ORDER DISMISSING ACTION